IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>                Plaintiffs,           )<br>                                       )         4:07CR3036<br>        V.                             )<br>                                       )<br>JOSEPH ROBERT MORANDO,                 )<br>                                       )            ORDER<br>                Defendants.            )<br>                                       )<br>                                       ) | |

   THIS MATTER comes before the court on defendant Morando's motion to continue his trial currently scheduled to begin on July 23, 2007. Filing 30. The Court, being fully advised in the premises, finds that said motion should be granted.

   IT IS THEREFORE ORDERED that the defendant's trial is set to commence at 9:00 a.m. on August 20, 2007 for a duration of five trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between July 23, 2007 and August 20, 2007 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

   DATED this 19th day of July, 2007.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge