```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiffs,     )           4:07CR3036
                                )
      v.                        )
                                )               ORDER
JOSEPH ROBERT MORANDO,          )
                                )
                Defendant.      )
                                )
```

IT IS ORDERED:

Defendant's motion to continue trial, filing 34, is denied for failure to show good cause to continue the trial again.

DATED this 15th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge