IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:07CR3036 |
| | ) | |
| JOSEPH ROBERT MORANDO and JOSE M. LLAMAS, | ) ) | |
| | ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendant Morando's motion to set for trial, filing 59, is granted, and

1. This matter is placed back on the trial docket and trial will be held with the trial of co-defendant Jose M. Llamas at 9:00 a.m., January 7, 2008, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The change of plea hearing which was set for November 15, 2007 as to defendant Morando is cancelled.

DATED this 14th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge