THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3099 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CESAR ALFREDO TORRES, | ) | |
| a/k/a CESAR RODRIGO SALAS | ) | |
| VALLEJO, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSEPH ROBERT MORANDO | ) | |
| and JOSE M. LLAMAS, | ) | |
| | ) | |
| Defendants. | ) | |

After consultation with counsel by telephone,

IT IS ORDERED:

1. The trial in *United States v. Torres* (4:07CR3099) is set for January 7, 2008, before the undersigned United States district judge in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

2. On the motion of counsel for defendant Jose Llamas without objection from the co-defendant's counsel or the government, the trial in *United States v. Morando & Llamas* (4:07CR3036) is continued until March 31, 2008, as the first case on the trial docket before the undersigned United States district judge, and defendant Llamas's motion to continue trial (filing 68) is granted;

3. For defendants Morando and Llamas in Case No. 4:07CR3036, the time between today's date and trial is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(A) & (B).

December 27, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge