```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3036 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JOSEPH ROBERT MORANDO and | ) | |
| JOSE M. LLAMAS, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Plaintiff's motion to continue, filing 70, is granted and trial of this matter is continued to 9:00 a.m., April 7, 2008, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

Dated January 8, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge